# Exhibit "A"

Page 1
EVject Escape Connector
https://evject.com/products/evject

JOIN EVJECT AT X-TAKEOVER | JULY 27-28 | CHARGE SAFELY

▲ EVJECT    Shop Now   Vehicle Compatibility   FAQ   Customer Stories   In the News   Contact Us







# EVject Escape Connector

$299.00 USD

Style

- NACS to NACS
- CCS1 to CCS1 (Pre-order)
- CCS2 to CCS2

Quantity: 1

Add to cart

Buy with shop Pay

More payment options

View on Amazon

Buy EVject on EVANNEX

THE SAFEST WAY TO CHARGE YOUR EV.

Experience a safer EV charging experience with EVject. In an emergency, you no longer have to worry about leaving your vehicle, disconnecting the charger, and rushing back to safety. Simply attach the EVject connector to the charger's head each time you plug in. In the event of an emergency, disconnect the charger from your dashboard like usual, but now you can immediately shift into drive—all from the safety of your car.

Share

CHARGE SAFE. EVJECT & EASILY ESCAPE.

# HOW IT WORKS

**The Problem**

Many EV owners underestimate one of the greatest vulnerabilities with their car: its charging system. Not only does charging at a fast charger take an average of nearly 30 minutes (even longer for other charging stations), drivers are sitting ducks from the moment they plug in. This is because EVs are missing critical safety features that allow for quick escapes in emergencies.





**The Scenario**

Imagine if a dangerous person approached your car while you charged. You need to get away, fast. But you have no escape. Your charge port effectively shackles your car to the charger, and Drive is literally disabled while your car is plugged in. Unplugging would require leaving the vehicle and opening yourself up to the danger. You just need to drive away…but you can't.

**The Solution**

EVject is the solution. A revolutionary connector acting as a circuit breaker, allowing you to fully stop the charging current from the safety of your car. Once you hit "Unlock Charge Port" on your dashboard, the flow of electricity stops, and you are safe to drive away without ever leaving your car. The EVject device will break in two, leaving one half to protect the charging wand as it falls to the ground and you escape.



## FEATURES

We specifically engineered the EVject and tested it to deliver safety you can count on, including integration with your EV's built-in systems. We're proud to say EVject works seamlessly with Level 1, Level 2, and DC fast charging.

When you order your EVject, you'll get:

- Our patented escape device capable of fully breaking free from the charger and enabling your escape.
- A new safety option to escape from a variety of dangers that could strike at any charging station. (Threatening individuals, adverse weather events, animal attacks, and much more).
- Peace of mind knowing you or your loved ones are better prepared for what's out there.

**Our unique warranty means that we will replace your device at no charge if you need to use it in a dangerous situation. In order to receive a new EVject, share with us how and why you used EVject and include any relevant photos and/or videos!**

Order now and take charge of your EV charging experience with EVject.

### QUICK LINKS

Blog   Press Kit   Events   Customer Stories   Vehicle Compatibility   Contact Us

**SUBSCRIBE FOR UPDATES**

Email

© 2024, EVject Powered by Shopify · Refund policy · Privacy policy · Terms of service · Contact information