# Exhibit "B"

Amazon screenshot — Page 1

Delivering to South Pas... 91030 | Update location | Automotive Parts & Accessories | Search Amazon | EN | Hello, Lou Account & Lists | Returns & Orders | 0 Cart

All | Same-Day Delivery | Medical Care | Groceries | Prime Video | Amazon Basics | Today's Deals | Buy Again | Prime | Best Sellers | Customer Service | Music | New Releases | Livestreams | Books

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts | Accessories | Tools & Equipment | Car Care | Motorcycle & Powersports | Truck | RV | Tires & Wheels | Vehicle Showroom | Amazon Business

ChargePoint Home Flex Level 2 ... ★★★★½ 794 — Shop now

### Customers who viewed this item also viewed


Lectron Tesla Supercharger (NACS) to CCS Electric Vehicle Adapter - 500 Amps / 1,000V - Fast Charge Your CCS1 EV at Tesla Supercha...
3.8 ★★★★☆ 44
$249⁹⁹


Upgraded 2in1 CCS & J1772 to Tesla Adapter, 250KW SuperFast Charging CCS1 to TESLA Charging Adapter for Level 1 2 3 Charging S...
4.8 ★★★★★ 32
$95⁹⁹


LaTough TSL Charger Adapter CCS to TSL for Model 3/S/X/Y TSL accessories, 250KW Power DC Fast Charging Compatible with Level 3 F...
4.5 ★★★★½ 234
$159⁹⁹

Automotive › Tools & Equipment › Garage & Shop › Electric Vehicle Charging Equipment › Charging Stations



Roll over image to zoom in

**Escape Connector - Emergency Break Away EV Charger Adapter - Stop Charging and Drive Away Safely - NACS EV Adaptor, Tesla Charger Adapter, Tesla Adapter, Tesla Super Charger (NACS to NACS)**

Brand: EVJECT

3.8 ★★★★☆ | 4 ratings | Search this page

$299⁰⁰

Or $21.74 mo (18 mo). Select from 1 plan

Thank you for being an Amazon customer. Get $50 off: Pay $249.00 $299.00 upon approval for Amazon Visa.

- **Emergency EV Breakaway Connector:** The EVject lets you quickly disconnect and drive away in emergencies without leaving your car.
- **Enhanced Protection:** Safeguard yourself from threats like dangerous individuals and adverse weather while charging your EV.
- **NACS Vehicle Compatibility:** Fully compatible with all NACS vehicles, including Cybertruck, Model Y, Model 3 (2019+), Model S (2022+), and Model X (2022+).
- **Easy Installation:** The EVject is simple to attach to the charger's head and ensures a seamless charging experience with Level 1, Level 2, and DC fast chargers, making it the perfect EV charging adapter.
- **Peace of Mind:** EVject has a unique warranty for free replacement if used in emergencies; just provide proof of use. It is compatible with the Tesla universal wall connector.

▼ See more product details

⚑ Report an issue with this product or seller


emporia — Selected Best EV Charger of 2024 by MotorTrend | 24ft EMPORIA Level 2 EV Charger, 48 amp,... ★★★★½ 1,868 | $399⁰⁰ ✓prime

Sponsored ⓘ

☑ Add your free 30-day trial of Prime and get fast, free delivery

**Delivery** | Pickup

$299⁰⁰

**FREE delivery** Monday, July 29

Or **Prime members** get FREE delivery **Friday, July 26**. Order within **3 hrs 7 mins**. Join Prime

⌖ Delivering to South Pasadena 91030 - Update location

**Only 18 left in stock - order soon.**

Quantity: 1 ▼

**Add to Cart**

**Buy Now**

Ships from: Amazon
Sold by: EVject, Inc.
Returns: Eligible for Return, Refund or Replacement...
Support: Product support included

▼ See more

**Add a Protection Plan:**
☐ 2 Year Auto Accessories Protection Plan for $26.99
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

☐ Add a gift receipt for easy returns

**Add to List**

### Buy it with

 ☑ +  ☑ +  ☑

Total price: $463.98

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others. Show details

**This item:** EVJECT Escape Connector - Emergency Break Away EV Charger Adapter - Sto...
$299⁰⁰

TAPTES Floor Mats for Tesla Model 3 2017-2024, Premium All Weather Anti-Slip Waterproof...
$118⁹⁹

Bomely Center Console Organizer Tray Compatible with 2023 2024 Tesla Cybertruck Lower Center...
$45⁹⁹

### 4 stars and above

Sponsored ⓘ | Page 1 of 18

      

| Home Flex Level 2 EV Charger J1772,... Charger J1772, Hardwired EV Fast Charge Station,... | Level 1-2 EV Charger, 16 Amp 110-240V Portable Amp 110-240V Portable Electric Car Charger, Electric Vehic... | Tesla Model 3/S/X/Y Accessories 2023..., Accessories 2023 Charger Adapter Universal 2 in 1 CCS... | Level 2 Electric Vehicle (EV) Charger(32Amp, (EV) Charger(32Amp, 220V-240V, NEMA 14-50 Plug), 25ft Cabl... | WOLFBOX Level 2 EV Charger 50 Amp - Smart Charger 50 Amp - Smart Display, RFID Card, 25ft Cable, Outdoor/I... | Level 1-2 EV Charger 16Amp 3.84kW 110V- 16Amp 3.84kW 110V-240V NEMA 6-20 Plug 25FT Cable Current... | Autel Home Level 2 EV Charger up to 50Amp,... Charger up to 50Amp, 240V, Indoor/Outdoor Car Charging Statio... |
|---|---|---|---|---|---|---|
| ★★★★½ 794 | ★★★★½ 92 | ★★★★½ 87 | ★★★★½ 194 | ★★★★½ 54 | ★★★★ 63 | ★★★★½ 225 |
| #1 Best Seller | | | | | | |
| $549⁰⁰ | $159⁹⁹ | $169⁹⁹ | $249⁹⁹ | $499⁹⁹ | $119⁹⁹ | $554⁰⁴ |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |
| | Save 5% with coupon | Save $30.00 with coupon | Save 10% with coupon | Save $120.00 with coupon | | |

## Deals on related products

Page 1 of 4

     

| Sponsored | Sponsored | Sponsored | Sponsored | Sponsored | Sponsored | Sponsored |
|---|---|---|---|---|---|---|
| J1772 to Tesla Charging Adapter Support 60 Amp / 250V AC Compatible with SAE J1772 ... | Level 1+2 EV Charger, 16 Amp 120V or 240V, Portable Electric Vehicle Charger with 2... | Newest J1772 to Tesla Charger Adapter [Max 80A, 250V] For Tesla Model Y 3 X S Cyber... | Carbon Fiber Level 1 & 2 EV Charger (16Amp, 110V-240V, 25ft Cable) Portable Fast Ch... | CCS1 to Tesla Adapter - [Fit for All Tesla Owners] Max 250kW DC,for Tesla Charger A... | Tesla to J1772 Charging Adapter [Fit for All J1772 EVs] Max 60Amp&250V, Tesla to... | 3W Floor Mats and Cargo Liner Fit for 2024 Tesla Model 3 Highland New Generation, Fu... |
| ★★★★½ 6 | ★★★★½ 42 | ★★★★★ 32 | ★★★★½ 73 | ★★★★½ 27 | ★★★★½ 63 | ★★★★½ 344 |
| Limited time deal | Ends in 03:17:33 | #1 New Release | Limited time deal | Limited time deal | Limited time deal | Amazon's Choice in Automotive Floor Mats |
| -50% $12.99 | -20% $100.78 | Limited time deal | -21% $126.38 | -20% $79.99 | -20% $47.99 | Limited time deal |
| List Price: $25.99 | List Price: $125.98 | -35% $29.99 | List Price: $159.99 | List Price: $99.99 | List Price: $59.99 | -11% $159.99 |
| | | List Price: $45.99 | | | | List Price: $179.99 |

## Product Description

Experience a safer EV charging experience with EVject. In an emergency, you no longer have to worry about leaving your vehicle, disconnecting the charger, and rushing back to safety. Simply attach the EVject connector to the charger's head each time you plug in. In an emergency, disconnect the charger from your dashboard like usual, but now you can immediately shift into driving all from the safety of your car. Many EV owners underestimate one of the most significant vulnerabilities with their vehicle: its charging system. Charging at a fast charger can take nearly 30 minutes or more, exposing drivers. EVject is a revolutionary connector acting as a circuit breaker, allowing you to stop the charging current and drive away without leaving your car. Designed to work seamlessly with Level 1, Level 2, and DC fast charging, EVject ensures you are prepared for emergencies at any charging station. Entirely breaks free from the charger, enabling immediate escape. Protects you from various dangers at charging stations (e.g., threatening individuals, adverse weather, animal attacks). Ensures you and your loved ones are prepared for emergencies. Free replacement if used in a dangerous situation with proof of use. Works with a range of EV models and charging systems. Order now and take charge of your EV charging experience with EVject.

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | EVJECT |
| Brand | EVJECT |
| Model | Escape Connector |
| Item Weight | 3.3 ounces |
| Package Dimensions | 5.75 x 4.5 x 3.5 inches |
| Country of Origin | USA |
| Item model number | NACS-001-REG |
| Manufacturer Part Number | NACS-001-REG |

### Additional Information

| | |
|---|---|
| ASIN | B0D4TG69YM |
| Customer Reviews | 3.8 ★★★★☆  4 ratings<br>3.8 out of 5 stars |
| Best Sellers Rank | #168,654 in Automotive (See Top 100 in Automotive)<br>#213 in Electric Vehicle Charging Stations |
| Date First Available | May 6, 2024 |

### Warranty & Support

Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee: You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## What's in the box

- Escape Connector

## Products related to this item

Page 1 of 20

Sponsored

     

| Unitek Level 2 EV Charger Electric Vehicle Charging Station with 25FT Extension Cor... | Level 1-2 EV Charger 32Amp Portable Electric Car Charger, with 25FT NEMA 14-50 Plug... | EV Charger Level 2 40A Electric Vehicle Charger with 14-50 Plug, 25ft Cable, J1772 ... | Deco Home Level 2 EV Charging Station, 9.6 KW, 40 AMP, 240V with SAE J1772 Plug and... | Level 1 & 2 EV Charger, 16A 110V-240V, 25ft Cable, Portable EVSE J1772 Electric Veh... | TESLA EVs CHAdeMO Adapter to charge with CHAdeMO DC Level3 Super Charger... | WOLFBOX Level 2 EV Charger 50 Amp - Smart Display, RFID Card, 25ft Cable, Outdoor/I... |
|---|---|---|---|---|---|---|
| ★★★★★ 5 | ★★★★☆ 14 | ★★★★★ 1 | ★★★★½ 8 | | | ★★★★½ 54 |
| $269.99 | $219.99 | $204.99 | $349.99 | $139.99 | $649.00 | $499.99 |
| prime | prime | prime | prime | | | prime |
| Save 20% with coupon | Save $30.00 with coupon | | Save $20.00 with coupon | | | Save $120.00 with coupon |

## Similar brands on Amazon

Page 1 of 2

Sponsored



Level 2 EV Charger Fast Charging, 110V-240V, 40A, 25ft Long Cable Portable wi...
★★★★★ (2)
$189.98



Lectron [Only for J1772 EVs Tesla to J1772 Charging Adapter, Max 48 Amp &...
★★★★½ (1,383)
$151.90 List: $159.99



Lectron NEMA Socket Splitter for Level 2 EV Charger Installation - Power Your EV...
★★★½ (46)
$196.99 List: $219.99

## Looking for specific info?

🔍 Ask about this product

- How does this enhance EV charging safety?
- Is this compatible with all EV models?
- Can it be used with all charging levels?
- How does this connector work exactly?

## Customer reviews

★★★★☆ 3.8 out of 5
4 global ratings

| | |
|---|---|
| 5 star | 70% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 30% |

▸ How customer reviews and ratings work

### Review this product
Share your thoughts with other customers

[ Write a customer review ]



Selected Best EV Charger of 2024 by MotorTrend
★★★★½ 1,868
$399.00 ✓prime

Sponsored ⓘ

### Reviews with images                                                   See all photos ›

    

[Top reviews ▾]

### Top reviews from the United States

**David Moon**
★★★★★ Seems to work so far!
Reviewed in the United States on July 15, 2024
**Verified Purchase**

Saw this product and thought this is an amazing idea. I drive very long (>1000 mi) stretches in my EV and frequently find myself pulling into Supercharger stations at all hours of the night. While most of the stations are located in somewhat well-lit areas like hotel and shopping center parking lots, some are very dark and kinda spooky, often right up against a row of trees. More than once I've thought that this could be a decent ambush spot for someone who wanted to mug or carjack someone.

So when I saw this product in passing, I immediately looked into it further and came to this product page. I only saw one review and it said it didn't work at all and I thought that was odd because it *seemed* like it would work (otherwise why sell it) but was open to the idea that some subsequent Tesla software or even connector update put in place after this product was released might have rendered it useless. Still, with Amazon's good return policy in mind, I decided to check it out for myself.

The device is pretty obvious in how it fits together. Plug the charger into one end and the other end into the vehicle. There is also a "trigger" on the underside of the device that is important to utilize.
˅ Read more

One person found this helpful

[ Helpful ]  |  Report

**Amazon Customer**
★☆☆☆☆ Doesn't work
Reviewed in the United States on June 19, 2024
**Verified Purchase**

I have a 2022 Model y. I tried the EVject Tesla connector on both a v3 supercharger and a J1772 level 2 charger and multiple tries the Tesla says charging cable is still connect when you press unlock charging port. Really disappointed. Will be returning.

5 people found this helpful

[ Helpful ]  |  Report

**Michael**
★★★★★ Provides options and peace of mind
Reviewed in the United States on July 15, 2024

We were sitting at a Supercharger in Florida, when two sketchy guys came up and demanded we open the door and let them sit in our Tesla. They keep walking around the vehicle and taking pictures. We could not drive away - the option to shift gears was disabled because we were plugged-in. My wife was freaked out. She said, she would never Supercharge alone without an option to drive away in this type of situation. Now she always has this EVject in her car and has options to get to safety.



One person found this helpful

Helpful | Report

Lenidgman

★★★★★ **Daughter charges in the hood**

Reviewed in the United States on July 13, 2024

I bought this for my daughter as she charges in a little bit shady place in NJ. It is great knowing she can just pull away if she approached by a rando. Great Idea and works as expected.

4 people found this helpful

Helpful | Report

**See more reviews ›**

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

Page 4

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

amazon | English | United States

**Amazon Music** Stream millions of songs
**Amazon Ads** Reach customers wherever they spend their time
**6pm** Score deals on fashion brands
**AbeBooks** Books, art & collectibles
**ACX** Audiobook Publishing Made Easy
**Sell on Amazon** Start a Selling Account
**Amazon Business** Everything For Your Business

**Amazon Fresh** Groceries & More Right To Your Door
**AmazonGlobal** Ship Orders Internationally
**Home Services** Experienced Pros Happiness Guarantee
**Amazon Web Services** Scalable Cloud Computing Services
**Audible** Listen to Books & Original Audio Performances
**Box Office Mojo** Find Movie Box Office Data
**Goodreads** Book reviews & recommendations

**IMDb** Movies, TV & Celebrities
**IMDbPro** Get Info Entertainment Professionals Need
**Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy
**Amazon Photos** Unlimited Photo Storage Free With Prime
**Prime Video Direct** Video Distribution Made Easy
**Shopbop** Designer Fashion Brands
**Amazon Resale** Great Deals on Quality Used Products

**Whole Foods Market** America's Healthiest Grocery Store
**Woot!** Deals and Shenanigans
**Zappos** Shoes & Clothing
**Ring** Smart Home Security Systems
**eero WiFi** Stream 4K Video in Every Room
**Blink** Smart Security for Every Home
**Neighbors App** Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes** Top subscription boxes – right to your door
**PillPack** Pharmacy Simplified
**Amazon Renewed** Like-new products you can trust

- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

› See More Ways to Make Money

amazon

English | United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



