A. Louis Dorny (CA 212054)
ldorny@tesla.com
TESLA, INC.
3000 Hanover St.
Palo Alto, CA 94304
Tel: 510-298-8516

Attorney for Plaintiff
TESLA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>EVJECT, INC.<br><br>    Defendant. | **TESLA, INC.'s NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**<br><br>Case No.: 5:24-cv-04482-EKL |

**TESLA, INC.'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Tesla, Inc., through its undersigned attorney, hereby files this Notice of Voluntary Dismissal, without prejudice. Defendant EVject, Inc. has not yet answered or otherwise responded to the Complaint. Each party shall bear its own costs, expenses, and fees.

Date: September 13, 2024    By    */s/ Louis Dorny*
Louis Dorny (CA 212054)
3000 Hanover St.
Palo Alto, CA 94304
Tel: 510-298-8516

Attorney for Plaintiff
TESLA, INC.